## IN RE FORECLOSURE OF LAKE TOWNSEND AVIATION

No. 629P87.

Case below: 87 N.C. App. 481.

Petition by Aero Associates, Inc., for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## JENNINGS GLASS CO. v. BRUMMER

No. 665P87.

Case below: 88 N.C. App. 44.

Petition by defendant (Brummer) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## LEDFORD v. MARTIN

No. 530P87.

Case below: 87 N.C. App. 88.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## McNEILL v. DURHAM COUNTY ABC BD.

No. 524PA87.

Case below: 87 N.C. App. 50.

Petitions by plaintiff and by defendants for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1988.

## MACON v. CAMPBELL CO.

No. 525P87.

Case below: 87 N.C. App. 176.

Motion by defendant (Allen M. Campbell Co. General Contractors, Inc.) for reconsideration of petition for review of decision of the Court of Appeals dismissed 3 February 1988.